**THE HONORABLE BARBARA J. ROTHSTEIN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Sea Beast LLC as owner of SEA BEAST (NO. 560484), Petitioning for Exoneration from or Limitation of Liability | IN ADMIRALTY<br><br>No.: 2:15-cv-01717-BJR<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**April 07, 2017** |

Petitioner Sea Beast LLC and sole Claimant Michelle Martin jointly move this Court for an order dismissing this action without, subject to the stipulation set forth below.

Claimant Michelle Martin stipulates as follows:

1. Michelle Martin has sought the voluntary dismissal of the action styled <u>Michelle Martin v. Sea Beast, LLC,</u> Case No. 15-2-06123-1, currently pending in Snohomish County Superior Court.

2. In the event dismissal is not granted in Snohomish County Superior Court or Ms. Martin reasserts her claims against SEA BEAST LLC in any future proceeding, Ms. Martin agrees that SEA BEAST LLC may petition for exoneration from or limitation of liability pursuant to 46 U.S.C. §§ 30501 *et seq.* and Rule F of the Federal Rules of Civil Procedure Supplemental

1  Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and such petition will be
2  considered to have been timely filed in accordance with the provisions of
3  Rule F(1).
4        DATED this 7th day of April, 2017.

| NICOLL BLACK & FEIG PLLC | ANDERSON & MITCHELL |
|---|---|
| | *Per E-Mail Authority* |
| /s/ Jeremy B. Jones | /s/ Robert Anderson |
| Chris P. Reilly, WSBA No. 25585 | Robert Anderson, WSBA No. 27076 |
| Jeremy B. Jones, WSBA No. 44138 | 100 King Street, Suite 560 |
| 1325 Fourth Avenue, Suite 1650 | Seattle, WA 98104 |
| Seattle, WA 9801 | (206) 436-8490 |
| (206) 838-7555 | *Attorneys for Claimant Michelle Martin* |
| *Attorneys for Petitioner* | |

**ORDER**

Pursuant to the stipulation of the parties, IT IS ORDERED that this action and all claims asserted herein are DISMISSED without prejudice and without costs to any party.

DATED this _10th__ day of __April__, 2017.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

PRESENTED BY:

NICOLL BLACK & FEIG, PLLC


s/ Jeremy B. Jones
Chris P. Reilly, WSBA No. 25585
Jeremy B. Jones, WSBA No. 44138
1325 Fourth Avenue, Suite 1650
Seattle, WA 9801
(206) 838-7555
Attorneys for Petitioner

# **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/CF system which will send notification of such filing to the following:

| | |
|---|---|
| Robert Anderson, WSBA No. 27076<br>Anderson & Mitchell<br>100 King Street, Suite 560<br>Seattle, WA 98104<br>Telephone: 206-436-8490<br>Fax: 206-436-8491<br>Email: ba@andersonmitchell.com<br>*Attorneys for Claimant Michelle Martin* | ☐ VIA HAND DELIVERY<br>☐ VIA FACSIMILE<br>☐ VIA U.S. MAIL<br>☐ VIA E-MAIL<br>☐ VIA OVERNIGHT COURIER<br>☒ VIA CM/ECF |

DATED this 7th day of April, 2017.

NICOLL BLACK & FEIG, PLLC

*/s/ Jeremy B. Jones*
Jeremy B. Jones, WSBA No. 44138