**THE HONORABLE BARBARA J. ROTHSTEIN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Sea Beast LLC as owner of SEA BEAST (NO. 560484), Petitioning for Exoneration from or Limitation of Liability | IN ADMIRALTY <br><br> No.: 2:15-cv-01717-BJR <br><br> **SEA BEAST LLC's UNOPPOSED MOTION AND ORDER FOR DISBURSEMENT OF REGISTRY FUNDS** <br><br> **NOTE ON MOTION CALENDAR:** <br><br> **AUGUST 1, 2017** |

COMES NOW Sea Beast LLC ("Sea Beast"), and moves this Court for an order disbursing from the Registry of the Court the $500 security for costs posted herein, plus all accrued interest, minus any statutory user fees. See Dkt. #7 (Notice of Payment of Security for Costs).

This limitation action was filed on October 30, 2015. The case is now finally resolved with all claimants either being defaulted, see Dkt. #21, or dismissed, see Dkt. #30. The security for costs deposited in this matter should now be refunded to Sea Beast. As there are no longer any parties opposing plaintiffs, this motion has been noted as unopposed and for same-day consideration.

Pursuant to LCR 67, Sea Beast will provide the Clerk the mailing address and Tax ID of

the disbursement recipient.

DATED this 1st day of August, 2017.

NICOLL BLACK & FEIG PLLC

/s/ Jeremy B. Jones
Chris P. Reilly, WSBA No. 25585
Jeremy B. Jones, WSBA No. 44138
1325 Fourth Avenue, Suite 1650
Seattle, WA 9801
(206) 838-7555
*Attorneys for Sea Beast LLC*

# **ORDER**

Based upon Sea Beast LLC's Motion for Disbursement of Registry Funds, it is hereby ORDERED that, pursuant to LCR 67, the Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of $500, plus all accrued interest, minus any statutory user fees, payable to Nicoll Black & Feig PLLC, in trust.

DATED this _2nd_ day of __August,__ 2017.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

**PRESENTED BY:**

NICOLL BLACK & FEIG, PLLC

s/ Jeremy B. Jones
Chris P. Reilly, WSBA No. 25585
Jeremy B. Jones, WSBA No. 44138
1325 Fourth Avenue, Suite 1650
Seattle, WA 9801
(206) 838-7555
Attorneys for Petitioner

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which will send notification of such filing to all associated counsel.

DATED this 1st day of August, 2017.

NICOLL BLACK & FEIG, PLLC

*/s/ Jeremy B. Jones*
Jeremy B. Jones, WSBA No. 44138